UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and ) Index No.: 24-cv-05023 (PMH)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION FUND )
and DISTRICT COUNCIL NO. 9, INTERNATIONAL )
UNION OF PAINTERS AND ALLIED TRADES, )
                                             Plaintiffs,    ) DEFAULT JUDGMENT
                                              )
      -against-                                   )
                                             )
AMERICAN VENTURE CONSTRUCTION LLC a.k.a. )
AMERICAN VENTURE, )
                                       Defendant.       )
                                             )

---

This action having been commenced on July 2, 2024, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, American Venture Construction LLC a.k.a. American Venture on July 7, 2024, via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on July 12, 2024, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Two Hundred Twenty Thousand sixty Two dollars and Ninety Four Cents ($ 220,062.94), which includes the following: unpaid benefit fund contributions due and owing as a result of two audits in the minimum sum of $166,919.37; $16,911.70 in interest calculated at 2% above prime per annum; $33,383.87 in liquidated damages calculated at 20% of the total principal audit amount; attorneys' fees in the sum of $2,368.00; plus court costs and disbursements of this action in the sum of $480.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       October 31    , 2024

So Ordered:

_____
Honorable Philip M. Halpern, U.S.D.J.